# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

QUINCY WATSON,

                        Petitioner,    :       Case No. 2:25-cv-01027

    - vs -                             District Judge Algenon L. Marbley
                                          Magistrate Judge Michael R. Merz

WARDEN,
  Belmont Correctional Institution,

                                    :
                      Respondent.

# DECISION AND ORDER

**Motion to Expand the Record**

This habeas corpus case is before the Court on Petitioner's Motion to Expand the Record (ECF No. 7). In response, the Respondent has filed transcripts of the plea and sentencing hearings and the State Court Record is hereby formally expanded to include them.

With respect to the Presentence Investigation Report, Respondent notes that it has been filed under seal, which is a common practice in many courts, including this one. Such reports are not ordinarily part of the record in habeas corpus cases and Petitioner has made no showing that it is necessary for the decision of this case. The Motion to Expand as to the Presentence Investigation Report is denied without prejudice to its renewal upon a showing that its consideration is necessary to a decision of this case.

**Reply Deadline**

The deadline for Petitioner to file his reply is re-set to September 1, 2026.

July 23, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge